**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

FILED ___ M___ D.C.
03 APR -1 AM 11:59
CLERK, U.S. DIST. CT.
W.D. TN MEMPHIS

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U. S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

## NOTICE OF SETTING
### Before Judge Diane K. Vescovo, United States Magistrate Judge

April 1, 2003

RE: 03-20111
2:~~94cr20111-1~~-D
USA V. VERNICE B. KUGLIN (c)

Dear Sir/Madam:

    A(n) **ARRAIGNMENT HEARING** has been **SET** before **Judge Diane K. Vescovo on WEDNESDAY, APRIL 9, 2003 at 9:30 A.M. in Courtroom 5, 3rd floor of the Federal Building, Memphis, Tennessee.**

    As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

    If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: *Wendy Warren*
Wendy Warren, Case Manager
901-495-1218

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:03-CR-20111 was distributed by fax, mail, or direct printing on April 4, 2003 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Vernice B. Kuglin
200 Wagner Place
#802
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT