IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 03-20111-Ml

VERNICE B. KUGLIN

ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
UNDER THE SPEEDY TRIAL ACT

The defendant has this day notified the Court that he or she is attempting to obtain private counsel to represent him or her in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel. It is therefore ORDERED that the time period of _April 9, 2003_ through, _April 29, 2003_ be excluded from the time its imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

This _9th_ day of _April_, 2003.

Arraignment reset to Wednesday, April 30, 2003 at 9:30 a.m.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _4/10/03_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:03-CR-20111 was distributed by fax, mail, or direct printing on April 10, 2003 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Vernice B. Kuglin
200 Wagner Place
#802
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT