IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.   CR. NO. 03-20111-1-Ml

VERNICE B. KUGLIN

ORDER ON ARRAIGNMENT

This cause came to be heard on _April 30, 2003_
The United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Larry Kraft_  ADDRESS _____
_____ PHONE NO. _____ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his/her present bond.
___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

CHARGES: attempt to evade or defeat tax
26: 7201.F

Attorney assigned to Case: Murphy

Age:

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _5/2/03_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:03-CR-20111 was distributed by fax, mail, or direct printing on May 2, 2003 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Vernice B. Kuglin
200 Wagner Place
#802
Memphis, TN 38103

Lowell H. Becraft
Attorney at Law
209 Lincoln Street
Huntsville, AL 35801

Honorable Jon McCalla
US DISTRICT COURT