IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
03 MAY 29 PM 5: 08
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>VS )<br>)<br>VERNICE KUGLIN )<br>)<br>Defendant(s) )<br>) | CR. NO. 03-20111-Ml |

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for a report date on Friday, May 23, 2003. Counsel for the defendant requested a continuance of the present trial date of June 2, 2003. The continuance is necessary to allow for additional preparation in the case.

The Court granted the request and continued the trial date to July 7, 2003 at 9:30 a.m. with a report date of Friday, June 27, 2003 at 9:00 a.m.

The period from June 13, 2003 through July 18, 2003 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the ___29___ day of May, 2003.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-30-03

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:03-CR-20111 was distributed by fax, mail, or direct printing on May 30, 2003 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Vernice B. Kuglin
200 Wagner Place
#802
Memphis, TN 38103

Lowell H. Becraft
Attorney at Law
209 Lincoln Street
Huntsville, AL 35801

Honorable Jon McCalla
US DISTRICT COURT