IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff,<br><br>v.<br><br>Vernice Kuglin<br><br>_____<br><br>_____<br><br>_____<br><br>     Defendant(s). | )<br>)<br>)<br>)<br>)<br>)  Criminal No. 03-20116 M1<br>)<br>)  (30-Day Continuance)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the July, 2003, criminal rotation calendar, but is now RESET for report at 2:00 p.m. on Thursday, July 24, 2003, with trial to take place on the August, 2003, rotation calendar with the time excluded under the Speedy Trial Act through August 15, 2003. Agreed in open court at report date this 27th day of June, 2003.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___7-1-03___



SO ORDERED this 27th day of June, 2003.

                                                  JON P. McCALLA
                                                  UNITED STATES DISTRICT JUDGE

_____
Thomas A Colthorp
Assistant United States Attorney

_____

_____

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:03-CR-20111 was distributed by fax, mail, or direct printing on July 1, 2003 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Vernice B. Kuglin
200 Wagner Place
#802
Memphis, TN 38103

Lowell H. Becraft
Attorney at Law
209 Lincoln Street
Huntsville, AL 35801

Honorable Jon McCalla
US DISTRICT COURT