*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

FILED BY _____ D.C.
03 JUL 16 PM 5: 22
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-In-Charge*
*U. S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee  38301*
*(713) 421-9200*

# NOTICE OF SETTING
Before Judge Jon Phipps McCalla, United States District Judge

July 16, 2003

RE:   2:03cr20111–Ml
      USA v. VERNICE KUGLIN

Dear Sir/Madam:

A **REPORT DATE** has been set before **Judge Jon Phipps McCalla** for **THURSDAY, JULY 24, 2003** at **2:00 P.M.** in **Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee.**   The report date is required by Section IV, paragraph B(4) of the Speedy Trial Plan. The plan requires that the defendant and his/her attorney appear at the above-designated time to give a status report to the Court on the case. The defendant must be present at the Report Date unless the Court excuses his/her appearance and the defendant files a written waiver of appearance in advance of the Report Date. Attorneys for the government and each defendant are expected to have furnished and obtained **ALL DISCOVERY MATERIAL** prior to the Report Date.

Also, the attorney for each defendant is expected to have discussed with the defendant the options of a change of plea, or of going to trial and should be prepared to advise the Court of defendant's plan in this regard at the Report Date.

Parties are expected to be ready for trial at any time during the period from AUGUST 4, 2003 to AUGUST 15, 2003, upon four hours notice if the defendant is NOT in custody and resides within the Western District of Tennessee or within a two-hour drive of the court and if the prosecution has no out-of-town witnesses. If these conditions are not met, the parties are expected to be ready for trial at any time during this period on twenty-four hours notice.

-1-



Attorneys are expected to procure the issuance of writs for any in-custody witnesses no later than JULY 28, 2003.

This case is set on the court's Western Division criminal rotation docket. A description of procedures utilized for this docket is available from the Clerk of Court.

As to defendants on bond, failure to appear as directed will result in a forfeiture of that defendant's appearance bond and issuance of a warrant for his or her arrest.

If you have any questions about this matter, please contact the case manager at the telephone number provided below.

          Sincerely,
          ROBERT R. DI TROLIO, CLERK

BY: *[signature]*
          Emily Saba, Case Manager
          901-495-1242

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:03-CR-20111 was distributed by fax, mail, or direct printing on July 17, 2003 to the parties listed.

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Vernice B. Kuglin
200 Wagner Place
#802
Memphis, TN 38103

Lowell H. Becraft
Attorney at Law
209 Lincoln Street
Huntsville, AL 35801

Honorable Jon McCalla
US DISTRICT COURT