# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 03-20111 |
| ) | |
| VERNICE B. KUGLIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR RETURN OF PASSPORT

The Defendant Vernice Kuglin having moved the court for an order directing the return of her passport and any other property presently in the possession of the clerk of this court, and the court being of the opinion that said motion is due to be granted, it is hereby

ORDERED that the clerk is directed to release Kuglin's passport and any other of her property in the clerk's possession to the defendant.

Dated this the 19 day of August, 2003.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-20-03



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:03-CR-20111 was distributed by fax, mail, or direct printing on August 20, 2003 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Vernice B. Kuglin
200 Wagner Place
#802
Memphis, TN 38103

Lowell H. Becraft
Attorney at Law
209 Lincoln Street
Huntsville, AL 35801

Robert G. Bernhoft
207 East Buffalo Street
Suite 600
Milwaukee, WI 53202

Honorable Jon McCalla
US DISTRICT COURT