IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

03 AUG 19 PM 4:04

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| VS | ) | CR. NO. 03-20111-01-Ml |
| VERNICE KUGLIN | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL UPON NOT GUILTY VERDICT

This cause came on for trial on August 4, 2003, the United States Attorney for this District, Joseph Murphy, representing the Government, and the defendant, Vernice Kuglin, appearing in person and with counsel, Lowell Becraft and Robert Bernhoft.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments and jury charge, the jurors were excused to begin deliberation.

After due deliberation, the jury returned in open court on August 8, 2003, and announced a verdict of NOT GUILTY as to Counts 1 through 6 of the Indictment.

Jurors were polled individually.

**IT IS HEREBY ORDERED AND ADJUDGED** that Counts 1 through 6 are hereby **DISMISSED** as to the defendant Vernice Kuglin.

ENTERED this the ___ day of August, 2003.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:03-CR-20111 was distributed by fax, mail, or direct printing on August 20, 2003 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Vernice B. Kuglin
200 Wagner Place
#802
Memphis, TN 38103

Lowell H. Becraft
Attorney at Law
209 Lincoln Street
Huntsville, AL 35801

Robert G. Bernhoft
207 East Buffalo Street
Suite 600
Milwaukee, WI 53202

Honorable Jon McCalla
US DISTRICT COURT