UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

04 FEB 20 PM 4:58

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | | CR. NO. 03-20111-M1 |
| v. | * | |
| VERNICE B. KUGLIN, | * | |
| Defendant. | * | |

### ORDER TO RELEASE TRIAL EXHIBITS

Upon motion of the United States and for good cause shown, the criminal trial exhibits in the above-referenced case are to be released to Assistant U.S. Attorney, Joseph C. Murphy, Jr.

IT IS SO ORDERED THIS _20_ day of February, 2004.

HONORABLE JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

APPROVED:

TERRELL L. HARRIS
United States Attorney

By: _____
JOSEPH C. MURPHY, JR.
Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _2-23-04_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:03-CR-20111 was distributed by fax, mail, or direct printing on February 23, 2004 to the parties listed.

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT